Case 3:23-cv-00137-RLY-CSW   Document 1   Filed 08/25/23   Page 1 of 6 PageID #: 1

FILED
8/25/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

3:23-cv-00137-RLY-MJD

# Complaint Form
(For filers who are without Lawyers)
(Revised 4/19/2023)

IN THE United States district court

For the Southern district of INDIANA

(Full Name of Plaintiff(s))                   Case Number

Joseph N. Brown #253932
TRAVIS Johnson

VS

(Full Name of defendants)
Warrick county Jail
Jail commander Holder
Assistant Jail commander GABE Kipfer

## A. PARTIES

1. Plaintiff is a citizen of Kentucky and is located at WARRICK County Jail P.O. Box 488
(Address of Jail or Prison)
Boonville, IND 47601

2. Defendant Warrick county Jail
Jail commander Jeremy Holder
Assistant Jail commander Gabe Kipfer

is (if a person or private corporation) a citizen of INDIANA and resides at or (works for) P.O. Box 488 Boonville, IND 47601 (Warrick County Jail)

## B. Statement of Claims

On or about 7/20/23 I was in cell block 2200 when a fellow inmate made a sexual advance and inappropriately touched me. I made several attempts to get help from staff such as yelling several CO's that I needed to speak with them, sending numerous complaints on Kiosk, and passing notes to staff begging for help, all of which went ignored for several days. Finally on 7/26/23 C. Oakley saved me pulling me from cell 2200. After telling staff of my sexual abuse she apologized and then put me in (HidHole) for several days, saying several times that "I'm not being punished" even though I lost my commissary from 2200 and all my hygiene as well as all my phone numbers! I still to this day never have received any of these things while my abuser was never removed

from the cell and got the enjoyment of the spoils of my commissary items. After the stress of moving cells several more times and the attitude of the staff worsening I found myself in cell 2600. Even though I'm in the system as "Bottom Bunk restricted" I was given a top bunk. In a cell with only 2 other inmates I was still the only one on a top bunk. On the night of 2/15/23 around 10:30 PM, I had a seizure. At the exact time an Unknown C.O. was doing a walk through. He looks into my cell and see's my cellmate (Travis Johnson #204936) trying to revive me and instead of getting any medical help, he shine his light in our cell see's me bleeding from the mouth on the ground in my cellmates arms and says "I see you have too much toilet paper, give me 2 rolls." My cellmate insists that I'm hurt and needs help but he only cared about the toilet paper! I've gotten close to my bunkmate Travis Johnson since I've been paired with him in 2600 and have even shared my burdens with him.

On 8-15-23 on around 10:30pm my bunkmate Joseph Brown began exhibiting signs of a seizure while sleeping on a top bunk. During the episode he had fallen off the bunk and hit the floor while convulsing. At the same time the C.O. was doing rounds and I requested help for Mr. Brown as I was unequipped to handle his needs at the time. The C.O. looked at Mr. Brown only briefly then ignored my plea of help and began inspecting the cell with his flashlight. While Mr. Brown was in obvious medical need of attention the C.O. instructed me we had to many rolls of toilet paper and demanded I hand him 4 rolls which I complied then left while Mr. Brown was still convulsing. He laughed as he exited saying "he will be fine." No further attention was given and it was extremely disturbing to witness such a callous and uncaring demeanor for someone we are supposed to be in the care for to exhibit.

I swear the above to be factual and without bias or malice.

Signed Travis Johnson
Travis Johnson
Inmate # 204436

8-17-23

C. Jurisdiction

I am suing for a violation of federal law under 28 U.S.C. 1331.

D. RELIEF WANTED
Describe what you want the court to do if you win your lawsuit.

I believe the county jail and Warrick county are due to pay damages from property stolen and pain and suffering equal to $5,000,000

E. Jury Demand

I want a jury to hear my case.

Dated this day 17 of August 2023

respectfully submitted

Joseph M. Brewer #153932
(Signature of plaintiff) (inmate number)

Address: Warrick County Jail
P.O. Box 488
Boonville, IND 47601

F. Optional Certification

Under penalty of law (perjury), I declare that the facts in my complaint are true and correct to the best of my knowledge and belief.

Joseph M. Brewer
Signature of plaintiff