UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH N. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00137-RLY-CSW |
| | ) | |
| NICHOLAS COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final judgment, now

enters FINAL JUDGMENT. The action is **dismissed with prejudice**.

Date: _11/20/2025_

Kristine L. Seufert, Clerk of Court

By: _Dina M. Doyle_
        Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JOSEPH N. BROWN
153932
1328 East Indiana Street
Evansville, IN 47711

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com